# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSENDO MANZANAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MADERA COLLECTION SERVICES,<br><br>Defendant. | Case No.: 1:23-cv-00258-JLT-BAM<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF** |

The Parties' Joint Motion for Administrative Relief, (Doc. 10) requests an extension for opposing the pending Motion to Dismiss (Doc. 8). The parties represent that they have met and conferred regarding the pending motion. Finding good cause for an extension and with all parties' agreement, IT IS HEREBY ORDERED:

1. The Motion is GRANTED. Plaintiff's deadline to Respond to Defendant's Motion to Dismiss is extended by thirty (30) days, up to and including May 25, 2023.
2. The record is also supplemented to reflect that Defendant has complied with the Court's meet and confer requirement relative to its Motion to Dismiss.

IT IS SO ORDERED.

Dated: **April 25, 2023**

UNITED STATES DISTRICT JUDGE