June D. Coleman, Esq.  (SBN 191890)
MESSER STRICKLER BURNETTE, LTD.
5960 South Land Park Drive #1059
Sacramento, CA 95822
Phone: (916) 502-1768
jcoleman@messerstrickler.com

Attorney for Defendant
Madera Collection Services

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ROSENDO MANZANAREZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MADERA COLLECTION SERVICES, <br><br> Defendant. | Case No.: 1:23-cv-00258-JLT-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> Date:          February 15, 2023 <br> Time:          8:30 a.m. <br> Magistrate Judge Barbara A. McAuliffe |

   IT IS HEREBY STIPULATED, by and between the parties to this action, that the scheduling conference presently scheduled for February 15, 2024, at 8:30 a.m., before the Honorable Magistrate Judge Barbara A. McAuliffe, be rescheduled to February 13, 2024, or the next available date that is convenient for the Court thereafter.

   The parties have agreed to stipulate to reschedule the scheduling conference because Ms. Coleman, lead counsel for MADERA COLLECTION SERVICES will be out of the country on a pre-planned vacation February 15-26, 2024.[1]

---

[1] Ms. Coleman will also be out of the country April 19-May 4, 2024.

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
1:23-cv-00258-JLT-BAM

IT IS STIPULATED AND AGREED.

DATED: January 2, 2024         MESSER STRICKLER BURNETTE, LTD.

/s/ *June D. Coleman*
June D. Coleman
Attorney for Defendant
Madera Collection Services

DATED: January 2, 2024         THE LAW OFFICES OF JONATHAN A. STIEGLITZ

/s Jonathan A. Stieglitz
Jonathan A. Stieglitz
Attorney for Plaintiff
Rosendo Manzanarez

## ORDER

Based upon the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED, that the scheduling conference set for February 15, 2024, at 8:30 a.m. before the Honorable Magistrate Judge Barbara A. McAuliffe, is hereby rescheduled to February 13, 2024, at 8:30 a.m. The parties shall file a Joint Scheduling Report at least one full week prior to the conference.

IT IS SO ORDERED.

Dated:   **January 3, 2024**               /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE